## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

JEFFREY JACKSON                                                      PLAINTIFF

V.                                                       NO. 3:25-CV-324-DMB-JMV

JONATHAN TATE REEVES, et al.                                        DEFENDANTS

## ORDER

With leave of the Court, Jeffrey Jackson filed a third amended complaint on May 5, 2026, naming as defendants Tiffany Furr, Hunter Potts, Chief Dennis Darby, City of Batesville, Mayor Hal Ferrell, Panola County, Sheriff Shane Phelps, Governor Tate Reeves, Attorney General Lynn Fitch, Mary Judith Barnett, AIM Towing LLC, The Panolian Newspaper, and numerous Doe defendants. Docs. #69, #70. On June 16, the City, Ferrell, Darby, Furr, and Potts ("Batesville Defendants") together filed a motion to dismiss. Doc. #83. Ten days later on June 26, Jackson filed "Plaintiff's Response and Opposition to Batesville Defendants' Motion to Dismiss for Insufficient Service of Process, and Request for Order Compelling Defendants to File a Responsive Pleading." Doc. #87. The Batesville Defendants replied on July 6. Doc. #98.

Local Rule 7(b)(3)(C) mandates, "A response to a motion may not include a counter-motion in the same document. Any motion must be an item docketed separately from a response." Because Jackson's June 26 response includes his counter-motion to compel, the counter-motion [87] is **TERMINATED**.[1]

**SO ORDERED**, this 8th day of July, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Though Jackson's June 26 filing is terminated as a motion, the Court will consider the portion of it which directly responds to the matters raised in the Batesville Defendants' motion to dismiss.